**United States District Court**
**EASTERN DISTRICT OF CALIFORNIA**


FILED
MAY 08 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 1:09-CR-00089-2 |
| Connie Fay Fox ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Connie Fay Fox_, have discussed with _Dan Stark_, Pretrial Services Officer, modifications of my release conditions as follows:

To modify the condition that reads "The defendant shall undergo medical, psychiatric treatment and/or remain in an institution, as follows: Including treatment for drug and/or alcohol dependency, and pay for costs as approved by the PSO," to read: The defendant shall undergo mental health treatment and pay for costs as approved by the PSO.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Connie F. Fox_ 5/8/09    _____ 5/8/2009
Signature of Defendant   Date    Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____    5-8-09
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    May 8, 2009
Signature of Defense Counsel    Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  5/8/09
☐ The above modification of conditions of release is *not* ordered.

_____    5/8/09
Signature of Judicial Officer    Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services