Michael W. Berdinella, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
(559) 436-8000
Fax: (559) 436-8900

Attorney for Defendant
Pamela Larue McFadden



FILED
OCT 0 6 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMMIE NICOL FIERROS,

CONNIE FAY FOX, and

PAMELA LARUE MCFADDEN,

    Defendants.

Case No.: 1:09-CR-00089 LJO

ORDER

    Good Cause Appearing, and by Stipulation of Counsel, it is hereby Ordered that Pamela Larue McFadden and Connie Fay Fox may have limited contact. This contact shall be for the sole purpose of transportation only. This transportation shall be limited to transportation to and from Court Hearings, Pretrial Services Interviews, Probation Interviews, Attorney-Client Interviews and other case related activities.

Dated: Oct 6, 2009

_____
Lawrence J. O'Neal O'NEILL
Judge of the United States District Court
For the Eastern District of California

ORDER U.S. v. FIERROS ET. AL. - 1