1  **GALATEA DeLAPP  #181581**
Attorney at Law
2  4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
3  PHONE (559) 803-0471
FAX (559) 961-4488
4

5  ATTORNEY FOR   *CONNIE FAY FOX*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff*, | ) | 1:09 cr 89 |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE; AND ORDER THEREON |
| | ) | |
| CONNIE FAY FOX, | ) | |
| | ) | |
| *Defendant*. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the continued motion and status conference hearing in the above captioned matter now scheduled for **November 13, 2009 at 9:00 AM may be continued to January 8, 2010 at 9:00 AM**

A continuance is necessary for investigation, continued plea negotiations, and to accommodate unforeseeable delay in counsel's ongoing trial schedule.

//

//

//

//

//

//

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective preparation and plea negotiations pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

DATED: November 10, 2009 /s/ Galatea DeLapp
**GALATEA DeLAPP** Attorney for **CONNIE FOX**

DATED: November 10, 2009 /s/Michael Berdinella
**MICHAEL BERDINELLA** Attorney for **PAMELA LARUE McFADDEN**

DATED November 10, 2009 /s/Marc Days
**MARC DAYS** Attorney for **JAMMIE NICHOL FIERROS**

DATED: November 10, 2009 *McGREGOR M. SCOTT*
United States Attorney

By /s/Mark Eugene Cullers
*MARK EUGENE CULLERS*
Chief United States Attorney
Attorney for Plaintiff

## ORDER

Good cause exists. Time is excluded. The Court reserves its right to set the status at an earlier time if co-defendants' counsel object to the length of the delay.

IT IS SO ORDERED.

**Dated:　November 10, 2009**　　　　/s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE