**GALATEA DeLAPP #181581**
Attorney at Law
4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
PHONE (559) 803-0471
FAX (559) 961-4488

ATTORNEY FOR   *CONNIE FAY FOX*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>CONNIE FAY FOX, )<br>)<br>*Defendant*. )<br>_____ ) | 1:09 cr 89<br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

**IT IS HEREBY STIPULATED**, by and between the parties **CONNIE FAY FOX**, **PAMELA McFADDEN**, and the **UNITED STATES OF AMERICA**, and through their respective attorneys of record herein, that the continued motion and status conference hearing in the above captioned matter now scheduled for **February 19, 2010 at 9:30 AM may be continued to March 19, 2010 at 9:30 AM**

A continuance is necessary for investigation, continued plea negotiations, and to present plea options to defendants.

//

//

//

//

//

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective preparation and plea negotiations pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

DATED: February 15, 2010  /s/ Galatea DeLapp
**GALATEA DeLAPP** Attorney for **CONNIE FOX**

DATED: February 15, 2010  /s/Michael Berdinella
**MICHAEL BERDINELLA** Attorney for **PAMELA LARUE McFADDEN**

DATED: February 15, 2010  ***McGREGOR M. SCOTT***
United States Attorney

By  /s/Mark Eugene Cullers
***MARK EUGENE CULLERS***
Chief United States Attorney
Attorney for Plaintiff

## ORDER

THE ONLY POSSIBLE BASIS TO ESTABLISH GOOD CAUSE FOR THIS FURTHER DELAY IS THE SURGERY (UNKNOWN IF ELECTIVE, PLANNED OR EMERGENCY) OF ONE OF THE COUNSEL. NOTHING ELSE EXPLAINS THE CONTINUED DELAYS OF GETTING ANYTHING ACCOMPLISHED. WHILE THE REQUEST TO CONTINUE THE STATUS HEARING IS GRANTED, ON MARCH 19, 2010 AT 9:30 A.M. A TRIAL DATE WILL BE SET. COUNSEL SHOULD BE PREPARED FOR THAT CERTAINTY. TIME IS EXCLUDED.
IT IS SO ORDERED.

**Dated: February 16, 2010**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE