| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | MARK E. CULLERS |
| | Assistant U.S. Attorney |
| 3 | 4401 Federal Building |
| | 2500 Tulare Street |
| 4 | Fresno, California  93721 |
| | Telephone:  (559) 497-4000 |

**FILED**
MAR 25 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         ) CASE NO. 1:09CR0089 LJO
                                  )
            Plaintiff,            ) MOTION AND ORDER FOR
                                  ) DISMISSAL OF INDICTMENT
        v.                        ) WITHOUT PREJUDICE
                                  )
CONNIE FAY FOX,                   )
                                  )
            Defendant.            )
                                  )
_____)

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Indictment against defendant CONNIE FAY FOX, in the interest of justice and without prejudice.

DATED: March 19, 2010                    Respectfully submitted,

                                         BENJAMIN W. WAGNER
                                         United States Attorney

                                     By  /s/ Mark E. Cullers
                                         MARK E. CULLERS
                                         Assistant U.S. Attorney

1

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK E. CULLERS
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6          IN THE UNITED STATES DISTRICT COURT FOR THE
 7                EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,    ) CASE NO. 1:09CR0089 LJO
                                 )
10           Plaintiff,          ) MOTION AND ORDER FOR
                                 ) DISMISSAL OF INDICTMENT
11       v.                      ) WITHOUT PREJUDICE
                                 )
12  CONNIE FAY FOX,              )
                                 )
13           Defendant.          )
                                 )
14  _____ )
15
16      IT IS HEREBY ORDERED that the Indictment against CONNIE FAY
17  FOX, be dismissed without prejudice.
18
19  DATED: March 19, 2010            _____
                                     LAWRENCE J. O'NEILL
20                                   U.S. District Court Judge
```